**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 17 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-50428 |
| Plaintiff-Appellee, | D.C. No. 3:18-cr-04263-LAB-1 |
| v. | |
| EDGAR JAVIER GUTIERREZ-ESPINOZA, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted July 15, 2019[**]

Before: SCHROEDER, SILVERMAN, and CLIFTON, Circuit Judges.

Edgar Javier Gutierrez-Espinoza appeals from the district court's judgment

and challenges the 27-month sentence imposed following his guilty-plea

conviction for transportation of certain aliens for financial gain, in violation of 8

U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(i), and aiding and abetting, in violation of

---

[*]  This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]  The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1324(a)(1)(A)(v)(II).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gutierrez-Espinoza contends that the district court erred by denying the parties' joint recommendation for a fast-track departure under U.S.S.G. § 5K3.1 and imposed a substantively unreasonable sentence.  We do not review the denial of a fast-track departure for procedural correctness, but rather as part of our review of the substantive reasonableness of the sentence.  *See United States v. Rosales-Gonzales*, 801 F.3d 1177, 1180 (9th Cir. 2015).  The district court did not abuse its discretion in imposing the 27-month sentence, which is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Gutierrez-Espinoza's significant criminal history.  *See Gall v. United States*, 552 U.S. 38, 51 (2007); *Rosales-Gonzales*, 801 F.3d at 1184.  Moreover, contrary to Gutierrez-Espinoza's contention, the district court thoroughly explained its reasons for imposing the sentence.  *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc).

**AFFIRMED.**